IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAWN KINSLOW-DOBBS,

        Plaintiff,

v.                                                Case No.: 3:17-CV-356-J-25 JBT

KINDRED HEALTHCARE, INC. and
KINDRED HOSPITALS EAST, LLC
d/b/a KINDRED HOSPITAL-NORTH FLORIDA,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF SETTLEMENT

Defendants KINDRED HEALTHCARE, INC. and KINDRED HOSPITALS EAST, LLC d/b/a KINDRED HOSPITAL-NORTH FLORIDA ("Defendants"), by and through their undersigned counsel and pursuant to Local Rule 3.08(a), M.D. Fla., hereby notify this Honorable Court that the parties have reached an agreement to settle this matter.  Each party will bear its own costs and fees.  The Parties shall file a Joint Stipulation for Dismissal with Prejudice upon completion of the settlement.

Dated:  January 8, 2019.

Respectfully submitted,

        LITTLER MENDELSON, P.C.
        111 North Magnolia Avenue, Suite 1250
        Orlando, Florida 32801
        Telephone: (407) 393-2900
        Facsimile: (407) 393-2929

By:   */s/ Nancy A. Beyer*
        Kimberly J. Doud, Esquire
        Florida Bar No.: 523771
        Email:  kdoud@littler.com

        Nancy A. Beyer, Esquire
        Florida Bar No.: 0059688
        Email:  nbeyer@littler.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following: Shands M. Wulbern, Esquire, swulbern@wulbernlaw.com, 3063 Hartley Road, Suite 5, Jacksonville, Florida 32257.

        */s/ Nancy A. Beyer*
        Nancy A. Beyer