UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DAWN KINSLOW-DOBBS**,

    Plaintiff,

v.                                    CASE NO.   3:17-cv-356-J-25JBT

**KINDRED HEALTHCARE, INC.,** and
**KINDRED HOSPITALS EAST, LLC**
d/b/a **KINDRED HOSPITAL-NORTH FLORIDA**.

    Defendants.

___

**O R D E R**

    Pursuant to Defendant's Notice of Settlement (Dkt. 51), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

    **ORDERED** and **ADJUDGED**:

    1.  That this case is hereby **DISMISSED without prejudice**, subject to the right of any party to move the Court within sixty (60) days hereof to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen this case for further proceedings.

    2.  The Clerk is directed to close this case.

    **DONE AND ORDERED** at Jacksonville, Florida this 9th day of January, 2019.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record