UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DAWN KINSLOW-DOBBS**,

   Plaintiff,

v.                                              CASE NO.    3:17-cv-356-J-25JBT

**KINDRED HEALTHCARE, INC.,** and
**KINDRED HOSPITALS EAST, LLC**
d/b/a **KINDRED HOSPITAL-NORTH FLORIDA**.

   Defendants.

_____

**O R D E R**

Pursuant to the parties' Stipulation (Dkt. 53), it is

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of March, 2019.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record